# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SARVI ESQUIVEL,<br>    Plaintiff,<br>vs.<br>WAL-MART STORES, INC.,<br>    Defendant. | Case No. 2:13-cv-01968-GMN-CWH<br><br>**ORDER** |

  Before the Court is Plaintiff's emergency motion to adjudicate and void attorney liens and to release file to client (doc. # 52), filed May 19, 2015. The Court has reviewed the motion and deems it appropriate to provide Plaintiff's former counsel, David F. Sampson and Preston Razaee ("former counsel"), an opportunity to respond to the instant motion.

  Accordingly, **IT IS HEREBY ORDERED** that:

1. Former counsel shall file and serve a responsive pleading **no later than June 1, 2015**. The responsive pleading shall include a report containing a breakdown of costs, including discrete tasks performed, the time spent on each discrete task, and the hourly or per unit rate(s) charged.

2. If Plaintiff wishes, she may file and serve a reply **no later than June 5, 2015.**

3. Upon filing of the foregoing, the parties shall await further order of this Court.

4. The Clerk of Court shall serve a copy of this order and Plaintiff's emergency motion (doc. # 52) to former counsels' last known addresses:

1  David F. Sampson, Esq.
   The Law Office of David Sampson
2  P.O. Box 750373
   Las Vegas, NV 89136
3
   Preston Razaee, Esq.
4  The Firm, P.C.
   200 E. Charleston Blvd.
5  Las Vegas, NV 89104

6  DATED: May 21, 2015

7

8

9  _____
   **C.W. Hoffman, Jr.**
10 **United States Magistrate Judge**

2